2:23-cv-00794-TS-DBP

FILED US District Court-UT
JAN 09 '24 PM03:37

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION**

| | |
|---|---|
| IN RE: LDS CHURCH TITHING LITIGATION | MDL DOCKET NO. |

**MOTION FOR TRANSFER AND CONSOLIDATION OF ACTIONS
PURSUANT TO 28 U.S.C. § 1407**

COMES NOW Plaintiff Joel Long, Plaintiff in the Southern District of Illinois action listed in the Schedule of Actions submitted contemporaneously herewith, by and through his undersigned counsel, and hereby moves the Court for an Order pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), all actions identified in the accompanying Schedule of Actions, as well as any actions which may be subsequently filed against Defendants and of affiliates thereof involving similar facts or claims, to a single district for all pre-trial proceedings. Plaintiff Joel Long further requests transfer of the litigation to the United States District Court for the Central District of California before the Honorable Stephen V. Wilson, who is currently presiding over the most advanced of the associated cases. In support thereof, Plaintiff Joel Long incorporates by reference as if fully set forth herein his Memorandum in Support of Motion for Transfer and Consolidation of Actions Pursuant to 28 U.S.C. § 1407.

Dated: January 5, 2024

*s/ James J. Rosemergy*
James J. Rosemergy
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Ph: 314-725-7700
Fax: 314-721-0905
jrosemergy@careydanis.com

*Counsel for Plaintiff Joel Long in S.D  
Illinois Case No. 3:23-cv-03950-NJR*