UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANIEL CHAPPELL, MASEN CHRISTENSEN, AND JOHN OAKS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND ENSIGN PEAK ADVISORS, INC.,<br><br>    Defendants. | CASE NO. 2:23-cv-00794-TS-DBP<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF PLAINTIFFS' DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>Judge Ted Stewart<br>Chief Magistrate Judge Dustin B. Pead |

  Pending before the Court is the Joint Motion For An Extension Of Plaintiffs' Deadline To Respond To Defendants' Motion to Dismiss ("Motion"), filed jointly by Defendants The Church of Jesus Christ of Latter-day Saints and Ensign Peak Advisors, Inc. and Plaintiffs Daniel Chappell, Masen Christensen and John Oaks.  Having considered the Motion and for good cause shown, it is hereby **ORDERED** as follows:

  1. The Court **GRANTS** the Motion.  Plaintiffs shall file their response to Defendants' motions to dismiss no later than 30 days after the decision by the Judicial Panel on Multidistrict Litigation  on whether to consolidate this action pursuant to 28 U.S.C. § 1407 for coordinated or consolidated pretrial proceedings in In re: The Church Of Jesus Christ Of Latter-Day Saints Tithing Litigation, No. 3102 (J.P.M.L., filed Jan. 5, 2024) is final.

**IT IS SO ORDERED.**

    DATED this 15 February 2024.

_____
Dustin B. Pead
United States Magistrate Judge
